**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SATICOY BAY, LLC SERIES 7342 TANGLEWOOD PARK, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY; BEAULAH R. ATKINSON and DAMON A. GREEN, <br><br> Defendants. | 2:13-cv-01199-JCM-VCF <br><br> **ORDER GRANTING MOTION TO LIFT STAY AND REPORT AND RECOMMENDATION** |

Before the court is plaintiff's Motion to Lift Stay (#37). Only defendants SRMOF II Trust, U.S. Bank National Association, as trustee, and California Reconveyance Company, filed a limited opposition, which, in effect, does not object to the lifting of the stay of these proceedings, but seeks stipulated injunctive relief. The limited opposition requests a court order staying the transfer of the subject property, pursuant to the prior stipulation of the parties (#33). The time to oppose plaintiff's motion (#37) has expired. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Additionally, good cause exists to grant plaintiff's motion. On February 28, 2014, the Honorable James C. Mahan ordered a stay of these proceedings pending the Nevada Supreme Court's ruling as to whether a foreclosure of an HOA "super priority" lien pursuant to Nev. Rev. Stat. § 116.3116 extinguishes an earlier deed of trust. (#36, p. 2). In its motion, plaintiff represents that the Nevada Supreme Court has ruled on this issue (#37, pp.1-2). Plaintiff also requests that the court set a deadline for filing dispositive motions.

Accordingly,

IT IS HEREBY ORDERED that the stay entered in this case on February 28, 2014, is lifted.

IT IS FURTHER ORDERED that dispositive motions must be filed and served on or before **January 30, 2015**.

IT IS FURTHER ORDERED that the joint pre-trial order must be filed by **March 2, 2015**. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

IT IS HEREBY RECOMMENDED that an order meeting the requirements of FED. R. CIV. P. 65 be entered staying the transfer of the subject property in accordance with the parties' prior stipulation (#33).

DATED this 24th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE